UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 06 B 00904
   RAYMOND P GODFREY
   PAULA S GODFREY                        CHAPTER 13

                                          JUDGE: MANUEL BARBOSA
       Debtor
   SSN XXX-XX-0946    SSN XXX-XX-8065
```

------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 02/02/06 and confirmed on 06/06/06.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  27661.11 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE FINANCIAL | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE FINANCIAL | MORTGAGE ARRE | .00 | .00 | .00 |
| HSBC AUTO FINANCE | SECURED | 6150.00 | 597.72 | 6150.00 |
| WELLS FARGO FINANCIAL AC | SECURED | 10225.00 | 1036.48 | 10225.00 |
| A R CONCEPTS | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 210.41 | .00 | 210.41 |
| USA PAYDAY LOANS | UNSECURED | 1095.00 | .00 | 1095.00 |
| EAGLE FOOD STORES | UNSECURED | 325.80 | .00 | 325.80 |
| GREATER ELGIN EMERGENCY | UNSECURED | NOT FILED | .00 | .00 |
| JEWEL FOOD STORES INC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| IC SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| KCA FINANCIAL SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS IN | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| WELLS FARGO FINANCIAL AC | UNSECURED | 2155.28 | .00 | 2155.28 |
| HSBC AUTO FINANCE | UNSECURED | 1775.44 | .00 | 1775.44 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

       Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 16375.00 | .00 | 5561.93 | .00 | 21936.93 |
| PRINCIPAL PAID | 16375.00 | .00 | 5561.93 | .00 | 21936.93 |
| INTEREST PAID | 1634.20 | .00 | .00 | .00 | 1634.20 |

| | | | | | |
|---|---|---|---|---|---|
| TOTAL PAID | 18009.20 | .00 | 5561.93 | .00 | 23571.13 |

The Debtor's attorney, LEDFORD & WU , was allowed $ 3000.00 and was paid $ 501.00 direct and $ 2499.00 through the plan.

The Trustee received $ 1173.15 .

Refunds to the Debtor totaled $ 417.83 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 06/23/08

/S/
GLENN STEARNS
CHAPTER 13 TRUSTEE